UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6346**

**CR-FERGUSON**



IN RE: GRAND JURY 00-01 FTL     )     MAGISTRATE JUDGE
                                )     SNOW
_____)

## MOTION TO SEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal this Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest for Warrant, Motion to Seal and Sealing Order, with the exception that copies of the Warrant for Arrest be provided to the U.S. Marshals Service and the Drug Enforcement Administration relative to the above captioned matter until such time as the defendant is arrested or further order of the Court. The government is requesting this indictment be sealed because it believes the defendant may flee if the defendant becomes aware of the pending indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Kathleen Rice*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
FLA Bar No. 100765
500 E. Broward Blvd, Suite 700
Ft. Lauderdale, FL 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336