UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6346**

**CR-FERGUSON**

IN RE: GRAND JURY 00-01 FTL     )
_____)

MAGISTRATE JUDGE
**SNOW**

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheet, Certificate of Trial Attorney, Warrant for Arrest, Motion to Seal and Sealing Order, with the exception that copies of the Warrant for Arrest be provided to the U.S. Marshals Service and the Drug Enforcement Administration, until the defendant is arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of **December, 2000**.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Kathleen Rice, AUSA

