UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6346**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1) **CR-FERGUSON**
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ORSON HARRIS, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges that:

From on or about September 28, 2000, through on or about October 13, 2000, in Broward County, in the Southern District of Florida, the defendant,

**ORSON HARRIS**,

did knowingly and intentionally possess with intent to distribute at least five grams (5) of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code,



Sections 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

_Leonard Pott_
FOREPERSON

_[signature]_
GUY A. LEWIS
UNITED STATES ATTORNEY

_[signature]_
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ORSON HARRIS_____ | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB    ___ FTP

New Defendant(s)        Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)  __no_____
   List language and/or dialect  _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I   | 0 to 5 days    | _X_ | Petty   | ___ |
   | II  | 6 to 10 days   | ___ | Minor   | ___ |
   | III | 11 to 20 days  | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days  | ___ | Felony  | _X_ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name** ORSON HARRIS          **Case No.** _____

==================================    ==========================================

Count #: 1

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE _____

21 U.S.C. § § 841(a)(1), (b)(1)(B) _____

**Max. Penalty:**     5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

==========================================================================
Count #:

_____

_____

**Max. Penalty:**
==========================================================================
Count #:

_____

_____

**Max. Penalty:**
==========================================================================
Count #: 4

_____

_____

**Max. Penalty:**
==========================================================================
Count #.

_____

_____

**Max. Penalty:**
==========================================================================
Count #:

_____

_____

**Max. Penalty:**
==========================================================================
==========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No.: _____

# UNITED STATES DISTRICT COURT
## Southern District of Florida
### Central Criminal Division

THE UNITED STATES OF AMERICA

vs.

ORSON HARRIS

**INDICTMENT**

21 USC § 841(a)(1)
21 USC § 841(b)(1)(B)
18 USC § 2

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____