## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ORSON HARRIS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

**00-6346-CR-FERGUSON**

Magistrate Judge SNOW

YOU ARE HEREBY COMMANDED to arrest __ORSON HARRIS__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title _21_ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

**Clarence Maddox** — Name of Issuing Officer

**Court Administrator/Clerk of the Court** — Title of Issuing Officer

Issuing Officer [signature]

12/14/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at __PRETRIAL DETENTION requested by__ LURANA S. SNOW MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest