| | | | |
|---|---|---|---|
| DEFT: | Orson Harris  (J)# | CASE NO: | 00-6346-CR-Ferguson |
| AUSA: | Kathleen Rice /Stefin | ATTNY: | Sam Smargon |
| AGENT: | | VIOL: | 21:841 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: APD

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Case unsealed, order
signed
X - advised of charges
X - sworn for
counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
_____ Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: 12-21-00   10:30am   BSS
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 1-2-01   11:00   Snow

DATE: 12-18-00   TIME: 11:00am   TAPE # 00-097   PG #

Recalled (617-875
2358-2500