UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6346-CR-Ferguson

UNITED STATES OF AMERICA

vs
Orson Harris

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   12-18-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: In custody

                     Telephone:

DEFENSE COUNSEL:     Name: FPD

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ Custody

Bond hearing held: yes_____ no__X__ Bond hearing set for  12-21-00

Dated this   18   day of   December  , 2000 .

CLARENCE/MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk
00-097
Tape No. _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services