# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR 00-6346 CR Ferguson | |
| Plaintiff ) | | |
| ) | | |
| -vs- ) | REPORT COMMENCING CRIMINAL ACTION | |
| ) | | |
| Orson HARRIS ) | 55588-004 | |
| Defendant | | |

********************************************************************

TO: CLERK'S OFFICE   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. DISTRICT COURT            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/15/2000      6:30      a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 U.S.C. 841 (a)(1), (b)(1)(B)

(4) UNITED STATES CITIZEN:   (X)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: 11/08/1971

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [X] INDICTMENT   [ ] COMPLAINT   CASE # See Above
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: SDFL
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [X]YES   [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND?_____

(7) REMARKS: _____

(8) DATE: 12/15/2000      (9) ARRESTING OFFICER Robert Feliciani

(10) AGENCY DEA      (11) PHONE # (954) 489-1740

(12) COMMENTS _____