## *United States District Court*

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

ORSON HARRIS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

# 00-6346
## CR-FERGUSON
Name **MAGISTRATE JUDGE SNOW**

YOU ARE HEREBY COMMANDED to arrest __ORSON HARRIS__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

**Clarence Maddox**                                      **Court Administrator/Clerk of the Court**
Name of Issuing Officer                                    Title of Issuing Officer

_____[signature]_____                12/14/00 at Fort Lauderdale, Florida
Issuing Officer                                           Date and Location

                                                          [signature] LURANA S. SNOW
Bail fixed at __PRETRIAL DETENTION requested__ by __MAGISTRATE JUDGE__
                                                          Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED 12/14/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>[signature]<br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 12/15/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest