FILED ___ D.C.
DEC 2 1 2000

DEFT: Orson Harris (J)#  CASE NO: 00-6346-CR-Ferguson
AUSA: Kathleen Rice  ATTNY: FPD - Daryl Wilcox
AGENT: ___
PROCEEDING: PTD Hearing  BOND REC:
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___
☑ BOND SET @ $100,000.00 Corporate Surety Bond w/Nebbia
CO-SIGNATURES: Requirement
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ K's a week/month by phone; ___ K's a week/month in person.
5) Random urine testing by Pretrial Services/___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Both sides reserves their rights to proceed w/ a Detention hearing in the future.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 12-21-00  TIME: 10:30am  TAPE # 00-100  PG # 1173-1239