HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by __ D.C.
JAN 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __WILLIAM T. WILLIAMS_____ CASE NO: ~~00-6350-CR-FERGUSON~~ 6334

AUSA __LARRY BARDFELD__ / Lurana W. ATTY FPD _Wilcox_

- disc out -

01-001
@ 1

DEFT __LEWIS FRANKLIN_____ CASE NO: ~~00-8133-CR-FERGUSON~~

AUSA __RICHARD BROWN__ / Lana W. ATTY FPD _Wilcox, for that_

disc going out today.
PT motions due Jan 21

@ 39

DEFT __JOANN HOPE_____ CASE NO: ~~00-6347-CR-ZLOCH~~

AUSA __KATHLEEN RICE__ / Washington ATTY FPD - _Wilcox for Day_

disc out -
PT motions due Jan 21

@ 39

DEFT __ORSON HARRIS_____ CASE NO: __00-6346-CR-FERGUSON__ ✓

AUSA __KATHLEEN RICE__ / Washington ATTY FPD _Wilcox_

disc out
PT motions due - Jan 29

@ 39

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __1/2/01_____ TIME __11:00_____

3/
15