UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6346-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,          :

       Plaintiff,               :

v.                                 :

ORSON HARRIS,                      :

       Defendant.               :
_____

**STATUS REPORT**

A status conference was held in this cause on January 2, 2001. At that conference, the parties informed the Court as follows:

1. Discovery was filed on December 29, 2000.

2. At the request of defense counsel, pretrial motions shall be filed on or before January 29, 2001.

DATED at Fort Lauderdale, Florida, this ____ day of January, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
AFPD Darryl Wilcox (FTL)