UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6346-CR-FERGUSON

UNITED STATES OF AMERICA
    Plaintiff,

Vs.

ORSON HARRIS

    Defendants.
_____/

## RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **SENTENCING** on

Friday, September 7, 2001 at 1:30 p.m., before the Honorable Wilkie D. Ferguson, Jr., United

States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this 8th day of August 2001.

                                                DELORIS MCINTOSH
                                              COURTROOM DEPUTY

cc:
Kathleen Rice, AUSA
Daryl Wilxox, AFPD
Lynell Fahie, USPO