SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP. 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # __00-6346-CR-FERGUSON__

DEFENDANT ___ORSON HARRIS (J)___   JUDGE ___WILKIE D. FERGUSON___

Deputy Clerk ___Deloris McIntosh___   DATE ___9/7/01___

Court Reporter ___Stephen Franklin___   USPO ___Donald Jefferson___

AUSA ___Kathleen Rice___   Deft's Counsel ___Daryl Wilcox, AFPD___

COUNTS DISMISSED ___All Others___

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   10 Days to Appeal

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 120 | |

| (Supervised Release) Probation | Years | Months | Counts |
|---|---|---|---|
| | 4 | | |

Comments: Defendant to Participate in drug treatment Program; Maintain Full-time employment;
Recommend 500 hour drug treatment Program while in custody; Recommend BOP in S.D./FL.

Assessment $ ___100___   Fine $ ___N/A___

Restitution /Other _____

✓ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

-

31