DEFENDANT: ORSON HARRIS
CASE NUMBER: 00-6346-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **120 MONTHS BOP.**

The Court recommends to the Bureau of Prisons:

**RECOMMEND 500 HOUR DRUG TREATMENT PROGRAM WHILE INCARCERATED
RECOMMEND FACILITY IN SOUTHERN DISTRICT OF FLORIDA**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __P-30-01__ to __FCC Coleman USP__

at __Coleman, Fl__, with a certified copy of this judgment.

_Donald A. McKelvy, Warden_
~~UNITED STATES MARSHAL~~

By: _____
Deputy U.S. Marshal